UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RANDY GUFFEY,

                Plaintiff,

-vs-                                                    Case No.  2:10-cv-555-FtM-29SPC

PACIFIC WEBWORKS, INC.,

                Defendant.
_____

## NOTICE TO THE PARTIES

This matter comes before the Court on review of the Parties' Amended Case Management Report (Doc. #31) filed on November 1, 2010.  The Amended Case Management Report was filed after the District Court struck the Parties' First Case Management Report (Doc. #29) and ordered the Parties to appear before the undersigned for a Preliminary Pretrial Conference.  The hearing is currently set for Thursday, November 18, 2010 at 9:45 am.

Based on the Court's review of the proposed case management deadlines, the Court finds that there are still issues that need to be addressed by the Court.  Thus, the Court proposes the below deadlines.  If the Parties are in agreement with these deadlines, the hearing will be cancelled and the Court will enter the Case Management and Scheduling Order.

The Parties shall meet and confer to discuss the Court's proposed deadlines.  Plaintiff's counsel is then directed to contact the undersigned's Law Clerk, Brigette Willauer, at 239-461-2056 to inform the Court whether an agreement has been reached regarding the dates.  If no agreement is reached, the hearing will go forward.  If the hearing does occur, the Parties may appear telephonically.

| | |
|---|---|
| Certificate of Interested Persons and Corporate Disclosure Statement | **Immediately** |
| Mandatory Initial Disclosures (pursuant to Fed. R. Civ. P. 26(a)(1)) | **December 15, 2010** |
| Motions to Add Parties or Amend Pleadings | **February 1, 2011** |
| Disclosure of Experts           Plaintiff:<br>                                       Defendant: | **May 11, 2011**<br>**June 30, 2011** |
| Class Discovery Deadline | **May 1, 2011** |
| Deadline to File Class Cert Motion | **June 1, 2011** |
| Deadline to Oppose Class Cert Motion | **July 1, 2011** |
| Merits Discovery Deadline | **August 1, 2011** |
| Mediation                       Deadline: | **August 31, 2011** |
| Dispositive Motions, *Daubert*, and *Markman* Motions | **September 1, 2011** |
| Meeting In Person to Prepare Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | **October 17, 2011** |
| Joint Final Pretrial Statement | **October 31, 2011** |
| All Other Motions Including Motions *In Limine*, Trial Briefs | **October 31, 2011** |
| Final Pretrial Conference      Date:<br>                                       Time:<br>                                       Judge: | **November 21, 2011**<br>**9:00 a.m.**<br>**Hon. John E. Steele** |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | **December 5, 2011** |

**DONE** at Fort Myers, Florida, this __16th__ day of November, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record